UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DONNA JEANNETTE ALLEN EDWARDS )
)
)
    Plaintiff, )
) **JUDGMENT**
v. )
) No. 7:17-CV-52-RN
COMMISSIONER OF SOCIAL SECURITY )
)
)
    Defendant. )

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Edwards's Motion for Judgment on the Pleadings, DENIES Berryhill's Motion for Judgment on the Pleadings, and REMANDS this matter to the Commissioner for further consideration.**

This Judgment Filed and Entered on March 21, 2018 with service on:
Michael Gray Gillespie, James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

Date: March 21, 2018                           PETER A. MOORE, JR., CLERK

                                                                 Lauren Herrmann, Deputy Clerk